CARRIE H. MAAS, respondent,

*v.*

JOSEPH LEBLANG et al., appellants.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Charles F. Saxton,* for the respondent.

*Messrs. Leber & Ruback,* for the appellants.

On appeal from a decree of the court of chancery.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *101 N. J. Eq. 167.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  15.

*For reversal*—None.